# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **HIRAM DEAN BIRD,** Defendant. | CR 14-51-GF-BMM  **ORDER** |

Upon unopposed motion of the United States, and for good cause shown, IT IS ORDERED the United States's motion to allow Mark Dennehy, Licensed Addiction Counselor at Community, Counseling & Correctional Services, Inc. to testify via video at the revocation hearing scheduled for June 25, 2019 at 2:00 p.m. is GRANTED.

The United States shall make all the necessary video conference arrangements with the Court systems staff in Great Falls, Montana. The hearing will not be continued or interrupted if conferencing arrangements cannot be made

or if the conference transmission signal is interrupted or lost.

DATED this 17th day of June, 2019.

John Johnston
United States Magistrate Judge