# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM DEAN BIRD,<br><br>Defendant. | Case No. CR 14-51-GF-BMM<br><br>ORDER DISMISSING PETITION AND VACATING HEARING |

Upon motion of the Defendant, Hiram Dean Bird, for an Order Dismissing the Petition for Summons for Offender Under Supervision, and Vacating Hearing, there being no objection from the Government:

IT IS HEREBY ORDERED that the Petition for Summons for Offender Under Supervision (Doc. 97), is hereby dismissed;

IT IS FURTHER HEREBY ORDERED that the hearing set for Tuesday, June 2, 2020, at 2:00 p.m. is VACATED.

DATED this 1st day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court